MINUTE ENTRY
MORGAN, J.
January 25, 2013

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CANDACE KAGAN, et al.,** | **CIVIL ACTION** |
| **Plaintiffs** | |
| | |
| **VERSUS** | **No.  11-3052** |
| | |
| **CITY OF NEW ORLEANS,** | **SECTION "E"** |
| **Defendant** | |

The status conference was held on January 25, 2013, at 2:00 p.m. in the chambers

of Judge Susie Morgan.

> Present:    Mark Hanna, Matthew Miller and Paul Sherman, counsel for
> Plaintiffs, Candace Kagan, Mary Lacoste, Jocelyn Cole and
> Annette Watt ("Plaintiffs"); and Sharonda Williams, counsel for
> Defendant, the City of New Orleans, Louisiana (the "City").

The parties discussed the summary judgment motions pending in this case and the

City's promulgation of regulations regarding background checks and drug tests with respect

to licensing tour guides under the City Code.  The Court requested Plaintiffs' counsel to

submit a supplemental memorandum on the propriety of the Court's addressing Plaintiffs'

alleged constitutional violations, both retrospectively and prospectively, in light of the

Court's concern that the City may not have properly promulgated the regulations regarding

background checks and drug tests.  The Court further requested the City's counsel to submit

a supplemental memorandum regarding the City's process in drafting and implementation

of these regulations, and the propriety of the Court's addressing Plaintiffs' alleged

constitutional violations, both retrospectively and prospectively.  The parties shall file such

memoranda no later than **February 8, 2013,** and shall file responsive memoranda no later than **February 15, 2013.**

**IT IS SO ORDERED**.

**New Orleans, Louisiana, this** __28th__ **day of January, 2013.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:25)